In the Matter of the Claim of KATARZYNA ZMUDA, Respondent, against DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 1, 1935; decided October 15, 1935.)

*Evan Hollister* for appellant.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.